UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

UNITED STATES OF AMERICA,

                        Plaintiff,

v.

MOLLY L. HEISE,

                        Defendant.

Criminal No. 07-213 (JRT/JJG)
Civil No. 09-2305 (JRT)

**ORDER**

_____

David MacLaughlin, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Molly Heise, #14794-041, Federal Correctional Institution, Post Office Box 1731, Unit B, Waseca, MN 56093, *pro se* defendant.

Defendant has filed a motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. § 2255 [Docket No. 104]. **IT IS HEREBY ORDERED** that the government shall respond to the said motion by September 28, 2009.

DATED: September 3, 2009
at Minneapolis, Minnesota.

                                            ____s/John R. Tunheim_____
                                              JOHN R. TUNHEIM
                                            United States District Judge